1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| STEPHEN BRENT DAWSON, | ) | Case No.: C 07-3589 PVT |
| Plaintiff, | ) | **ORDER FOR REASSIGNMENT** |
| v. | ) | |
| CITY OF ADA, OKLAHOMA, | ) | |
| Defendant. | ) | |

In view of the Report and Recommendation dated September 10, 2007, the clerk shall **REASSIGN** the above-captioned case immediately.

IT IS SO ORDERED.

Dated: *9/10/2007*

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER, *page 2*