# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN BRENT DAWSON,<br><br>            Plaintiff,<br><br>     v.<br><br>CITY OF ADA, OKLAHOMA,<br><br>            Defendant. | Case Number C-07-3589-JF<br><br>ORDER ADOPTING RECOMMENDATION AND TRANSFERRING THE CASE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OKLAHOMA |

This Court has reviewed and adopts the recommendations of Magistrate Judge Patricia Trumbull, filed on September 10, 2007. This matter is hereby transferred to the United States District Court for the District of Oklahoma.

IT IS SO ORDERED.

Dated:    2/12/08

_____
JEREMY FOGEL
United States District Court Judge

Case No. 07-3589-JF