OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 SOUTH FIRST STREET, ROOM 2112
SAN JOSE, CALIFORNIA 95113-3095

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

FILED
2008 MAY 22 P 1
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

C07-3589-JF

RB

NIXIE            951  4C  1              75  05/21/08
          RETURN TO SENDER
          NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD
BC: 95113309500              *2756-03760-14-39*

U.S. POSTAGE $00.58
PITNEY BOWES
02 1A
0004327683  FEB 14 2008
MAILED FROM ZIPCODE 95113

Stephen Brent Dawson
c/o Social Ministry Office
80 South Market Street
San Jose, CA 95113-2321

CV07-03589 JF

**UNITED STATES DISTRICT COURT**
Northern District of California
280 South First Street
San Jose, California 95113

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
408.535.5364

February 12, 2008

United States District Court
District of Oklahoma
1210 United States courthouse
200 Northwest Fourth Street
Oklahoma City, OK 73102-3092

RE: CV 07-03589 JF   STEPHEN BRENT DAWSON-v-CITY OF ADA, OK

Dear Clerk,

  Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

   ☒ Certified copy of docket entries.

   ☒ Certified copy of Transferral Order.

   ☒ Original case file documents.

   ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

  Please acknowledge receipt of the above documents on the attached copy of this letter.

      Sincerely,
      RICHARD W. WIEKING, Clerk


      by: Gordana Macic
      Case Systems Administrator

Enclosures
Copies to counsel of record

February 12, 2008

> **These instructions are for internal court use only.**

Instructions for Retrieving Northern District of California Electronic Case Files

This login and password is a court-user read-only login to the CM/ECF website for the Northern District of California at **https://ecf.cand.circ9.dcn**. It should be used only by court personnel who have a need to access relevant case information.

Login: **xfr**
Password: **xfr**

For assistance accessing the website, please call our help desk at 866-638-7829 or e-mail at ecfhelpdesk@cand.uscourts.gov.

**E-filed 2/12/08**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| STEPHEN BRENT DAWSON, | Case Number C-07-3589-JF |
|---|---|
| Plaintiff, | ORDER ADOPTING RECOMMENDATION AND TRANSFERRING THE CASE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OKLAHOMA |
| v. | |
| CITY OF ADA, OKLAHOMA, | |
| Defendant. | |

This Court has reviewed and adopts the recommendations of Magistrate Judge Patricia Trumbull, filed on September 10, 2007. This matter is hereby transferred to the United States District Court for the District of Oklahoma.

IT IS SO ORDERED.

Dated:    2/12/08

JEREMY FOGEL
United States District Court Judge

Case No. 07-3589-JF

CLOSED, E-Filing, ProSe, TRANSF

# U.S. District Court
## California Northern District (San Jose)
## CIVIL DOCKET FOR CASE #: 5:07-cv-03589-JF
## Internal Use Only

Dawson v. City of Ada, Oklahoma
Assigned to: Hon. Jeremy Fogel
Referred to: Magistrate Judge Patricia V. Trumbull
Demand: $950,000
Cause: 28:1331 Fed. Question

Date Filed: 07/11/2007
Date Terminated: 02/12/2008
Jury Demand: None
Nature of Suit: 446 American with Disabilities - Other
Jurisdiction: Federal Question

**Plaintiff**

**Stephen Brent Dawson**     represented by     **Stephen Brent Dawson**
c/o Social Ministry Office
80 South Market Street
San Jose, CA 95113-2321
PRO SE

V.

**Defendant**

**City of Ada, Oklahoma**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/11/2007 | 1 | COMPLAINT (NO PROCESS), IFPP; against City of Ada, Oklahoma. Filed by Stephen Brent Dawson. (bw, COURT STAFF) (Filed on 7/11/2007) (Entered: 07/11/2007) |
| 07/11/2007 | 2 | Application to Proceed in forma pauperis filed by Stephen Brent Dawson. (bw, COURT STAFF) (Filed on 7/11/2007) (Entered: 07/11/2007) |
| 07/11/2007 | 3 | Scheduling Order for Cases Asserting Denial of Right of Access under Americans with Disabilities Act. (bw, COURT STAFF) (Filed on 7/11/2007) (Entered: 07/11/2007) |
| 07/11/2007 | 4 | ORDER RE ELECTRONIC FILING IN CASES WITH UNREPRESENTED PARTIES: Case designated for electronic filing. Effective immediately all represented parties will e-file their submissions to the court. Represented parties will be required to serve paper copies by mail on unrepresented parties. Unrepresented litigants will continue to file and serve all submissions to the court in paper form unless prior |

| | | |
|---|---|---|
| | | leave is obtained from the assigned judge. Signed by Chief Judge Vaughn Walker dated 5/11/07 (bw, COURT STAFF) (Filed on 7/11/2007) Additional attachment(s) added on 7/11/2007 (bw, COURT STAFF). (Entered: 07/11/2007) |
| 07/16/2007 | 5 | NOTICE re mailing address by Stephen Brent Dawson (bw, COURT STAFF) (Filed on 7/16/2007) (Entered: 07/16/2007) |
| 07/19/2007 | 6 | PETITION against City of Ada, Oklahoma Filed by Stephen Brent Dawson. (bw, COURT STAFF) (Filed on 7/19/2007) (Entered: 07/19/2007) |
| 07/19/2007 | | Received Document Civil Cover Sheet from Plaintiff with selections of Civil Rights as Nature of Suit, monetary demand of $1,350,000.00 and jury demand by Stephen Brent Dawson. (bw, COURT STAFF) (Filed on 7/19/2007) (Entered: 07/19/2007) |
| 07/19/2007 | 7 | Received revised civil cover sheet with new selections by Stephen Brent Dawson (bw, COURT STAFF) (Filed on 7/19/2007) (Entered: 07/19/2007) |
| 07/27/2007 | 8 | Letter from Stephen Dawson regarding notice of error on docket text. (srm, COURT STAFF) (Filed on 7/27/2007) (Entered: 07/30/2007) |
| 07/31/2007 | 9 | PETITION against City of Ada, Oklahoma Filed byStephen Brent Dawson. (srm, COURT STAFF) (Filed on 7/31/2007) (Entered: 07/31/2007) |
| 07/31/2007 | | Received Second Amended Civil Cover Sheet entitled Second Amended Complaint by Stephen Brent Dawson. New cause of action, basis of jurisdiction and nature of suit selected. (srm, COURT STAFF) (Filed on 7/31/2007) (Entered: 07/31/2007) |
| 08/06/2007 | | Received List of Mailing addresses from Plaintiff regarding service of summons by Stephen Brent Dawson. (bw, COURT STAFF) (Filed on 8/6/2007) (Entered: 08/06/2007) |
| 08/07/2007 | 10 | ORDER to Show Cause Why Case Should Not Be Transferred to the United States District Court for the District of Oklahoma. Signed by Judge Patricia V. Trumbull on 8/3/07. (pvtlc1) (Filed on 8/7/2007) (Entered: 08/07/2007) |
| 08/10/2007 | 11 | Response to Order to Show Cause 10 Order by Stephen Brent Dawson. (bw, COURT STAFF) (Filed on 8/10/2007) (Entered: 08/10/2007) |
| 09/10/2007 | 12 | Report and Recommendation to Transfer Case to a Proper Venue. Signed by Judge Patricia V. Trumbull on September 10, 2007. (pvtlc3, COURT STAFF) (Filed on 9/10/2007) (Entered: 09/10/2007) |
| 09/10/2007 | 13 | ORDER FOR REASSIGNMENT. Signed by Judge Patricia V. Trumbull on September 10, 2007. (pvtlc3, COURT STAFF) (Filed on 9/10/2007) (Entered: 09/10/2007) |
| 09/10/2007 | 14 | ORDER REASSIGNING CASE. Case reassigned to District Judge |

|            |      |                                                                                                                                                                                                                                                          |
|------------|------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |      | Jeremy Fogel for all further proceedings. Magistrate Judge Patricia V. Trumbull remains as the Referral Judge for Discovery Matters. Signed by The Executive Committee on 09/12/07. (tsh, COURT STAFF) (Filed on 9/10/2007) (Entered: 09/12/2007)         |
| 02/12/2008 | ● 15 | ORDER TRANSFERRING CASE to the DISTRICT OF OKLAHOMA. Signed by Judge Jeremy Fogel on 2/12/08. (jfsec, COURT STAFF) (Filed on 2/12/2008) (Entered: 02/12/2008)                                                                                             |
| 02/12/2008 | ●    | File mailed by certified mail to District of Oklahoma (gm, COURT STAFF) (Filed on 2/12/2008) . (Entered: 02/12/2008)                                                                                                                                     |